TITLE GUARANTEE & TRUST CO. v. MONTICELLO LAND & IMPROVEMENT CO. et al. LEVY, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. June 14, 1901.) Actions by the Title Guarantee & Trust Company, as substituted trustee, etc., against the Monticello Land & Improvement Company and others and by Jefferson M. Levy against Millard F. Smith. No opinion. Orders affirmed, with $10 costs and disbursements.

TRUSLOW et al., Respondents, v. HUBBARD, Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Action by Gilbert P. Truslow and others, as executors, etc., against Mary C. Hubbard. No opinion. Motion denied, with $10 costs.

TRUST, Respondent, v. CITY TRUST CO. OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Alexander V. Trust against the City Trust Company of Philadelphia. No opinion. Judgment and order affirmed, with costs.

TWELFTH WARD BANK. Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by the Twelfth Ward Bank against Samuel Cohen and another. A. J. Spere, for appellants. J. E. Bullen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

UPHAM, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Addison L. Upham against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

URBANSKY, Respondent, v. SCHMENGER, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Alfred Urbansky against John P. Schmenger. No opinion. Judgment and order affirmed, with costs.

VASSAR et al. v. McCREADY et al. (ROBBINS, Appellant). (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by George Vassar, Jr., and others against Caroline A. McCready and others. J. B. Leavitt, for appellant. A. K. Prentice, for respondent McCready. No opinion. Order affirmed, with $10 costs and disbursements.

WAIZMAN, Appellant, v. KINZLER, Respondent. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Barbara Waizman against Moses Kinzler. H. W. Bookstaver, for appellant. F. Pierce, for respondent. No opinion. Judgment affirmed, with costs.

In re WALSH'S WILL. (Supreme Court, Appellate Division, Fourth Department. June 11, 1901.) In the matter of the will of Francis Walsh, deceased. No opinion. Decree of surrogate's court affirmed, with costs against the appellant.

WARD v. WARD. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Victorine A. H. Ward against Eber Brock Ward. No opinion. Motion denied, with $10 costs.

In re WESTERFIELD et al. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) In the matter of the application of Mary J. Westerfield and Flora E. Rogers for an intermediate accounting by trustees under the will of Jason Rogers, deceased. No opinion. Motion for a direction, at foot of order of April 25, 1899, that William Shillaber, Jr., pay all further moneys upon the indebtedness of Thomas Rogers to the principal trust, and not to the petitioners, denied, with $10 costs and disbursements.

WHALON, Respondent, v. VILLAGE OF SALAMANCA, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1901.) Action by Julia Whalon against the village of Salamanca. No opinion. Judgment and order affirmed, with costs.

WHITE, Respondent, v. HOFF et al, Appellants. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Emily L. White against Sam S. Hoff and another, as executors, etc. No opinion. Judgment affirmed, with costs. All concur, except SMITH, J., not voting.

WIECHERS, Appellant, v. NEW HOME SEWING MACH. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Adolph Wiechers against the New Home Sewing Machine Company. E. R. Leavitt, for appellant. W. J. Curtis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.